IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEPHANIE GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:21-cv-01764-WMR-CCB |
| | ) |
| AARON'S, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

COMES NOW pursuant to Order [D.E. 6] the Parties hereby file this Joint Status Report and state that the Arbitration is currently filed with AAA. The Defendant/Respondent provided its Answer to Claimant's Demand for Arbitration on October 4, 2021, and the Parties are cooperating in the selection of an Arbitrator in accordance with AAA's procedures.

Dated this 13th day of October 2021.

1

Respectfully Submitted:

| | |
|---|---|
| */s/ Gary Martoccio* <br> Gary Martoccio <br> Georgia Bar No. 497511 <br> Spielberger Law Group <br> 4890 W. Kennedy Blvd. <br> Suite 950 <br> Tampa, FL 33606 <br> Telephone: (800) 965-1570 <br> Fax: (866) 580-7499 <br> gary.martoccio@spielbergerlawgroup.com <br> Attorney for Plaintiff | */s/ Joe English (with consent)* <br> Joe English <br> Georgia Bar No.: 248890 <br> Deborah J. Livesay <br> Georgia Bar No. 205591 <br> Taylor English Duma, LLP <br> 1600 Parkwood Circle, Suite 200 <br> Atlanta, GA 30339 <br> T: (678) 336-7137 <br> F: (770) 434-7376 <br> jenglish@taylorenglish.com <br> dlivesay@taylorenglish.com <br> Attorneys for Defendant |

## **CERTIFICATION OF COMPLIANCE**

This is to certify that the foregoing was prepared using Times New Roman 14-point font in accordance with LR 5.1(C).

This 13th day of October 2021.

                                              */s/ Gary Martoccio*
                                              Gary Martoccio

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| STEPHANIE GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:21-cv-01764-WMR-CCB |
| | ) |
| AARON'S, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | / |

## CERTIFICATE OF SERVICE

It is hereby certified that on October 13, 2021, the foregoing **JOINT STATUS REPORT** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all parties of record.

                                        */s/ Gary Martoccio*
                                        Gary Martoccio